Wagner *et al. v.* Citizens' Building, Loan and Savings Association.

Filed March 19, 1895.

---

No. 17,224.

DAVIS ET AL. *v.* BAYLESS ET AL.

From the White Circuit Court.

*B. K. Elliott* and *W. F. Elliott,* for appellants.

*G. R. Eldridge, J. A. Sims* and *S. O. Bayless,* for appellees.

COFFEY, J.—The questions involved in this case are identical with the questions involved in the case of *McKinney* v. *Frankfort, etc., R. W. Co.,* 140 Ind. 95, and upon the authority of that case the judgment of the White Circuit Court is reversed.

Filed Oct. 11, 1894; petition for rehearing overruled Jan. 11, 1895.

---

No. 17,335.

WAGNER ET AL. *v.* CITIZENS' BUILDING, LOAN AND SAV-INGS ASSOCIATION.

From the Huntington Circuit Court.

*J. M. Hatfield, M. L. Spencer* and *W. A. Branyan,* for appellants.

*J. B. Kenner* and *U. S. Lesh,* for appellee.

JORDAN, J.—The questions involved and presented by appellant in this case are identical with those decided by this court in *Wohlford* v. *Citizens' Building, Loan and Savings' Asso.,* 140 Ind. 662.

For the reasons given in that case, and upon the authority thereof the judgment herein is affirmed at appellants' cost.

Filed April 26, 1895.